# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One USPS Priority Express Mail parcel bearing USPS tracking number EJ975152035US, addressed to "Clarance Bell 243 Kelsey Lynn Ln Huntsville, AL 35806" with a listed return address of "Jason Henkle 2354 W. University Dr. #1163 Mesa, AZ 85281." It is a brown cardboard box; weighing approximately 3 pounds and 6 ounces; postmarked August 24, 2021; and bearing $111.40 in postage.

**SEARCH WARRANT**

Case Number: 21-5218MB

TO: THOMAS GEARS and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, THOMAS GEARS, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One USPS Priority Express Mail parcel bearing USPS tracking number EJ975152035US, addressed to "Clarance Bell 243 Kelsey Lynn Ln Huntsville, AL 35806" with a listed return address of "Jason Henkle 2354 W. University Dr. #1163 Mesa, AZ 85281." It is a brown cardboard box; weighing approximately 3 pounds and 6 ounces; postmarked August 24, 2021; and bearing $111.40 in postage.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b), and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __9/9/21__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

__August 26, 2021 3:27pm__ at Phoenix, Arizona
Date and Time Issued                City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 21-5218mb | Date and time warrant executed: 8/26/2021 5:20 pm | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of: Postal Inspectors Thomas Gears and Jessica Speers |||

Inventory of the property taken and name of any person(s) seized:

LABEL NUMBER GOES HERE: EJ 975 152 035 US

- brown cardboard box
- ribbon
- one gift bag
- tissue paper
- greeting card
- stuffed teddy bear
- one clear plastic (previously vacuum sealed) bag
- green leafy substance consistent with marijuana weighing approximately 511.8g

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/27/2021

*Executing officer's signature*

Antoine Martel, Postal Inspector
*Printed name and title*

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL:** One USPS Priority Express Mail parcel bearing USPS tracking number EJ975152035US, addressed to "Clarance Bell 243 Kelsey Lynn Ln Huntsville, AL 35806" with a listed return address of "Jason Henkle 2354 W. University Dr. #1163 Mesa, AZ 85281." It is a brown cardboard box; weighing approximately 3 pounds and 6 ounces; postmarked August 24, 2021; and bearing $111.40 in postage.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 21 - 5218 MB

I, THOMAS GEARS, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL:** One USPS Priority Express Mail parcel bearing USPS tracking number EJ975152035US, addressed to "Clarance Bell 243 Kelsey Lynn Ln Huntsville, AL 35806" with a listed return address of "Jason Henkle 2354 W. University Dr. #1163 Mesa, AZ 85281." It is a brown cardboard box; weighing approximately 3 pounds and 6 ounces; postmarked August 24, 2021; and bearing $111.40 in postage.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF THOMAS GEARS, WHICH IS MADE A PART HEREOF.

Authorized by AUSA JACQUELINE SCHESNOL
JACQUELINE SCHESNOL  *Digitally signed by JACQUELINE SCHESNOL Date: 2021.08.26 08:26:37 -07'00'*
Subscribed electronically and sworn to telephonically

August 26, 2021 @ 3:27pm
Date

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Thomas Gears *Digitally signed by Thomas Gears Date: 2021.08.26 10:46:32 -07'00'*
Signature of Affiant – THOMAS GEARS

at Phoenix, Arizona
City and State

Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Thomas Gears, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been so employed since August 2018. I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail. I am temporarily assigned to the Phoenix Division, specifically to the Prohibited Mailings Narcotics Team (PMNT) in Arizona, which is responsible for investigating narcotics violations involving the United States Mail. My responsibilities include the detection and prevention of the transportation of controlled substances through the U.S. Mail. Part of my training as a Postal Inspector included narcotics investigative techniques, chemical field-testing, and training in the identification and detection of controlled substances being transported in the U.S. Mail.

2. I have assisted on narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this Affidavit are based on my training and experience, or that of other Postal Inspectors and law enforcement officers involved in this investigation as described below.

3. This Affidavit is made in support of an application for a search warrant for four United States Postal Service (USPS) Priority Express Mail parcels (hereafter, referred to as **SUBJECT PARCEL ONE, SUBJECT PARCEL TWO, SUBJECT**

1

**PARCEL THREE, and SUBJECT PARCEL FOUR). Based on the positive alerts provided by a narcotics-detecting canine on all four parcels, your Affiant believes that SUBJECT PARCEL ONE, SUBJECT PARCEL TWO, SUBJECT PARCEL THREE, and SUBJECT PARCEL FOUR all contain controlled substances or proceeds from the sale of controlled substances.**

4. **SUBJECT PARCEL ONE** is further described as follows:

   a. One USPS Priority Express Mail parcel bearing USPS tracking number EJ975152035US, addressed to "Clarance Bell 243 Kelsey Lynn Ln Huntsville, AL 35806" with a listed return address of "Jason Henkle 2354 W. University Dr. #1163 Mesa, AZ 85281." It is a brown cardboard box; weighing approximately 3 pounds and 6 ounces; postmarked August 24, 2021; and bearing $111.40 in postage.

5. **SUBJECT PARCEL TWO** is further described as follows:

   a. One USPS Priority Express Mail parcel bearing USPS tracking number EJ975152199US, addressed to "Clarance Bell 243 Kelsey Lynn Ln Huntsville, AL 35806" with a listed return address of "Jason Henkle 2354 W. University Dr. #1163 Mesa, AZ 85281." It is a brown cardboard box; weighing approximately 3 pounds and 4 ounces; postmarked August 24, 2021; and bearing $111.40 in postage.

6. **SUBJECT PARCEL THREE** is further described as follows:

   a. One USPS Priority Express Mail parcel bearing USPS tracking number EJ975152168US, addressed to "Laurie Brown 9706 E. 65th Ter.

Raytown, MO 64133" with a listed return address of "Jason Henkle 2354 W. University Dr. #1163 Mesa, AZ 85281." It is a brown cardboard box; weighing approximately 3 pounds and 6 ounces; postmarked August 24, 2021; and bearing $62.25 in postage.

7. **SUBJECT PARCEL FOUR** is further described as follows:

   a. One USPS Priority Express Mail parcel bearing USPS tracking number EJ975152171US, addressed to "Laurie Brown 9706 E. 65th Ter. Raytown, MO 64133" with a listed return address of "Jason Henkle 2354 W. University Dr. #1163 Mesa, AZ 85281." It is a brown cardboard box; weighing approximately 3 pounds and 4 ounces; postmarked August 24, 2021; and bearing $62.25 in postage.

## BACKGROUND

8. From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT, I am aware that the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug traffickers prefer mail/delivery services such as Priority Mail Express and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

9. Based on my training and experience regarding Priority Mail Express operations, I am aware that the Priority Mail Express service was designed primarily to

3

fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (c) weigh less than eight ounces. In addition, corporate charge accounts were developed by the United States Postal Service to avoid time-consuming cash payments by businesses for business mailings.

10. Based on my training and experience, I am aware that the Priority Mail service was created as a less expensive alternative to Priority Mail Express overnight delivery, but designed to provide quicker, more reliable service than standard First Class Mail. Whereas a customer mailing an article via Priority Mail Express expects next-day service, a customer who mails an article via Priority Mail can expect two-to-three-day delivery service. The USPS also provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

11. Based on my training and experience regarding Priority Mail operations, I am aware that the majority of Priority Mail mailings are business mailings. Businesses have found that Priority Mail is a significantly less expensive method of mailing than Priority Mail Express, particularly when next-day service is not a requirement. I also know that, similar to Priority Mail Express, Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds. Examples of the typical types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

12. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is a source location for controlled substances based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

13. Based on my training and experience regarding the use of Priority Mail Express and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

   a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

   b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

   c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail, and two pounds for Priority Mail; and

   d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for

5

proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances

14. Priority Mail Express and Priority Mail parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics detecting canine.

### RELEVANT FACTS PERTAINING TO THE SUBJECT PARCELS

15. On August 24, 2021, law enforcement personnel from the Postal Inspection Service were alerted to four suspicious parcels (**SUBJECT PARCEL ONE, SUBJECT PARCEL TWO, SUBJECT PARCEL THREE, and SUBJECT PARCEL FOUR**) at the Phoenix Processing and Distribution Center for the United States Postal Service in Phoenix, Arizona. All four parcels have the same return address and listed sender. On August 25, 2021, I reported to the Phoenix Processing and Distribution Center to take possession of **SUBJECT PARCEL ONE, SUBJECT PARCEL TWO, SUBJECT PARCEL THREE, and SUBJECT PARCEL FOUR** for further investigation.

16. Upon physical examination of the parcels, the parcels met some of the characteristics listed in paragraph 13 above. The parcels were addressed from one individual to another individual and bore handwritten address label information. Also, **SUBJECT PARCEL ONE** and **SUBJECT PARCEL TWO** were mailed to an address in Alabama from an address in the State of Arizona while **SUBJECT PARCEL THREE** and **SUBJECT PARCEL FOUR** were mailed to an address in Missouri from an address in the state of Arizona. Based on my training, experience, and the collective experiences

6

related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is frequently a source location for controlled substances that are mailed to the State of Alabama and Missouri, and that proceeds from the sale of controlled substances are frequently returned to Arizona from Alabama and Missouri via USPS.

17. A database query was conducted regarding the names and addresses for **SUBJECT PARCEL ONE, SUBJECT PARCEL TWO, SUBJECT PARCEL THREE,** and **SUBJECT PARCEL FOUR** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to your Affiant. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

18. Through the CLEAR database query, investigators learned that the delivery address for **SUBJECT PARCEL ONE** and **SUBJECT PARCEL TWO** (243 Kelsey Lynn Lane Huntsville, AL 35806) is an existing, deliverable address but that the listed recipient of the parcel (Clarance Bell) does not currently associate with that address.

19. Through the CLEAR database query, investigators learned that the delivery address for **SUBJECT PARCEL THREE** and **SUBJECT PARCEL FOUR** (9706 East 65th Ter. Raytown, MO 64133) is an existing, deliverable address and that the listed recipient (Laurie Brown) does associate.

7

20. Through the CLEAR database query, investigators learned that the listed return address for all **SUBJECT PARCEL ONE, SUBJECT PARCEL TWO, SUBJECT PARCEL THREE,** and **SUBEJCT PARCEL FOUR** (2354 West University Drive #1163 Mesa, AZ 85281) does exist and is a deliverable address, but the listed sender on the parcels (Jason Henkle) does not associate.

### CANINE EXAMINATION OF THE SUBJECT PARCELS

21. On August 24, 2021, **SUBJECT PARCEL ONE, SUBJECT PARCEL TWO, SUBJECT PARCEL THREE,** and **SUBJECT PARCEL FOUR** were all inspected by Gilbert (AZ) Police Department Detective Stanger's canine partner, "Vegas." Detective Stanger advised "Vegas" gave a positive alert to **SUBJECT PARCEL ONE** and **SUBJECT PARCEL TWO**, by sitting next to the individual parcels and staring at the individual parcels at approximately 5:57 PM. Detective Stanger advised that "Vegas" gave a positive alert to **SUBJECT PARCEL THREE** at approximately 5:52PM and that "Vegas" gave a positive alert to **SUBJECT PARCEL FOUR** at approximately 5:54PM.

22. Detective Stanger informed me that when "Vegas" stares and sits next to an item as he did, "Vegas" is exhibiting a "passive" alert that "Vegas" has been trained to give. Detective Stanger stated that the "passive" alert given by "Vegas" indicates the presence within the subject parcel of narcotics or a controlled substance, or currency, notes, documents, or evidence bearing the presence of the odors of heroin, cocaine, and/or methamphetamine

23. Detective Stanger advised that he is a Gilbert PD Detective currently

8

assigned to the handling and care of Gilbert PD narcotics-detecting canine "Vegas." Detective Stanger has been a police officer with Gilbert PD for 10 years. "Vegas" is a two-year-old German Shepard, who has been working drugs/narcotics detection for Gilbert PD since March 2020. Detective Stanger advised he and "Vegas" attended and successfully graduated from the Arizona Department of Public Safety Basic Narcotics School in April 2020, which involved approximately 200 hours of intense training. "Vegas" and Detective Stanger currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association (NPCA). This is a yearly certification and Detective Stanger and "Vegas" were last certified in March 2021. "Vegas" is trained to detect the odors of cocaine, heroin, methamphetamine, and their derivatives. Detective Stanger advised that, since "Vegas" began working at the Gilbert PD, "Vegas" has had over 100 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

## CONCLUSION

24. Based on these facts, there is probable cause to believe that **SUBJECT PARCEL ONE, SUBJECT PARCEL TWO, SUBJECT PARCEL THREE,** and **SUBJECT PARCEL FOUR** described above contain controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Distribute a Controlled Substance).

Thomas Gears
Digitally signed by Thomas Gears
Date: 2021.08.26 10:47:06 -07'00'

THOMAS GEARS
United States Postal Inspector

Subscribed electronically and sworn to me telephonically on this 26 day of August, 2021 @ 3:27 pm

HONORABLE DEBORAH M. FINE
United States Magistrate Judge

10